## KING V. SOUTHERN RAILWAY COMPANY.

*Personal Injury.*

(Decided June 7, 1906.   41 So. Rep. 639.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.
BOWMAN, HARSH & BEDDOW, for appellant.
JAMES WEATHERLY, for appellee.
Affirmed.
Opinion by ANDERSON, J.
All the Justices concur.

---

## BROOKSIDES DRY GOODS COMPANY V. CITY FURNITURE CO.

*Garnishment.*

(Decided June 7, 1906.   41 So. Rep. 659.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.
POWELL & BLACKBURN, for appellant.
KERR & HALEY, for appellee.
Affirmed.
Opinion by ANDERSON, J.
TYSON, SIMPSON and DENSON, JJ., concur.

---

## BRENNARD MFG. COMPANY V. CITRONELLE MERC. COMPANY.

*Assumpsit.*

(Decided June 30, 1906.   41 So. Rep. 671.)

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.
THORNTON & INGE, for appellant.
FITTS & STOUTZ, for appellee.
Reversed and remanded.
Opinion by HARALSON, J.
WEAKLEY, C. J., DOWDELL and DENSON, JJ., concur.